UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

    SHERON A. BARTON                        Chapter 13
            Debtor

                                       Case No. 13-14634-RGM

**ORDER CONFIRMING MODIFIED PLAN**

       The Modified Chapter 13 Plan filed by Sheron A. Barton on December 18, 2013, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
       (1)    the Plan as filed or modified is CONFIRMED.
       (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.
       (3)    All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

1

**Order Confirming Modified Plan**
Sheron A. Barton
**Case #13-14634-RGM**

  (4) On November 10, 2013, and each month thereafter until further order of this Court, the Debtor shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN 38101-1553 the sum of $1,000.00 per month for 24 months, then $1,961.00 per month for 36 months. Payments under said Plan to be completed within 60 months from the due date of the first payment in this case.

  (5) In addition to the payments set forth in Paragraph 4 above, Plan funding shall be supplemented by the transfer of funds paid in Debtor's prior Chapter 13 case (Case No. 13-10870-BFK) in the amount of $3,472.12, in accordance with this Court's Order entered December 11, 2013.

  (6) The student loan claim filed by Sallie Mae, Inc. (Claim No. 4) shall be paid outside the Plan directly by Debtor and shall not receive any distribution under the Plan.

  (7) The following separately classified unsecured claims under Section 4B of the Plan shall be paid at 100%:

   a) Claim No. 5 of Tara Lynn Fortune;
   b) Claim No. 12 of Angel Rodriguez;
   c) Claim No. 13 of Howard & Avon Chapman;
   d) Claim No. 14 of Joseph and Ernestine Johnson;
   e) Claim No. 15 of Leonard and Roberta Jackson;
   f) Claim No. 16 of Ronald and Mae Cain;
   g) Claim No. 17 of Walter and Christina Zuleta;
   h) Claim No. 18 of Shifawn Kwei;
   i) Claim No. 19 of Winifred Winston; and
   j) Claim of the Estate of Orlando Navarro, if filed.

  (8) The Debtor shall file all federal and state income tax returns on or before the due date, without extension, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income. Failure to timely comply with this provision shall be grounds for dismissal.

  (9) Any lien avoidance actions(s) contemplated by Section 7(B) of the Plan must be made by the filing of an Adversary Proceeding no later than sixty(60) days from the date of the entry of this Order.

Dated: Mar 10 2014

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Entered on Docket:Mar 11 2014

Confirmation Recommended.


_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**Order Confirming Modified Plan**
Sheron A. Barton
**Case #13-14634-RGM**

**PARTIES TO RECEIVE COPIES**

Sheron A. Barton
Chapter 13 Debtor
4456b Beacon Grove Circle
Fairfax, VA 22033

Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314